# Fourteenth Court of Appeals

## HOUSTON, TEXAS  77002

## RECORDS RETENTION SCHEDULE IN CRIMINAL MANDAMUS

(Secretary to complete entire top portion at time opinion is delivered – have signed by authoring judge)

CASE NOS.: 14-15-00939-CR, 14-15-00940-CR, 14-15-00941-CR, and 14-15-00942-CR

DATE CASE FILED: 11/5/2015

STYLE:  **In re Overille Denton Thompson**

COUNTY:  Harris

DESCRIPTION/SUBJECT OF CASE:   Mandamus

PANEL:  KTF, TC, JD

AUTHOR: Frost

PER CURIAM:  YES

OPINION ISSUED**:** 11/17/15

OPINION DECISION: Yes

RECOMMEND:    DESTROY:  YES

HISTORICAL:  NO

COMMENTS:

SIGNED:    /s/ Vic Thomas

DATE: November 12, 2015

————————————————**FOR CLERK'S USE ONLY**————————————
MANDATE ISSUED: _____
LETTER TO STATE ARCHIVES (date): _____
COMMENTS: _____
————————————————**FOR CLERK'S USE ONLY**————————————
(Dispose of 6 years after final disposition)
DATE DESTROYED:  _____

DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION: